

**NUMBER 13-19-00333-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**JULIAN HUFF,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

**On appeal from the 214th District Court
of Nueces County, Texas.**

# ORDER ABATING APPEAL

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Order Per Curiam**

This case is before the Court on appellant's "Motion to Supplement Record to Include PSI and to Suspend Briefing Deadline Pending Record Supplementation." Having reviewed the combined motion, the Court finds that it should be granted. Accordingly, we GRANT the motion. The trial court clerk is ORDERED to prepare, certify, and file with the Clerk of this Court a supplemental record including the pre-sentence investigation within

fifteen days of the date of this order. *See* TEX. R. APP. P. 34.5(c)(1). The appeal is ABATED until the supplemental record is filed, or until further order of this Court. Appellant's brief is due thirty days after the supplemental record is filed.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
21st day of November, 2019.